■ In the Matter of LESLEY ROBINSON, Respondent, v QUEEN MCKENZIE, Appellant. [739 NYS2d 643] —In a child custody proceeding pursuant to Family Court Act article 8, the mother appeals from an order of the Family Court, Kings County (Turbow, J.), dated February 14, 2000, which, after a hearing, awarded custody of the child to the paternal grandmother and awarded the mother supervised visitation.

Ordered that the order is affirmed, without costs or disbursements.

"A * * * parent may not be deprived of custody of his or her child absent 'surrender, abandonment, persisting neglect, unfitness or other like extraordinary circumstances' " (*Matter of Carosi v Bloom,* 225 AD2d 692, quoting *Matter of Bennett v Jeffreys,* 40 NY2d 543, 544). Where extraordinary circumstances have been established, the court must inquire into the best interests of the child before making the custody determination (*see Matter of. Odums v Metcalf,* 276 AD2d 794, 795).

Contrary to the mother's contention, there was sufficient evidence to establish that extraordinary circumstances existed (*see Matter of Bennett v Jeffreys, supra*). Having found the existence of extraordinary circumstances, the Family Court properly determined that the best interests of the child would be served by awarding custody to the paternal grandmother (*see, Matter of Odums v Metcalf, supra*).

The Family Court's determination that the mother's visitation with the child should be supervised has a sound and substantial basis in the record and will not be disturbed (*see Matter of Minas v Shevlin,* 254 AD2d 420, 421). O'Brien, J.P., Luciano, Townes and Crane, JJ., concur.